UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BENJAMIN RASHEED GILLESPIE                          CIVIL ACTION

VERSUS                                              NO. 15-719

JEFFERSON PARISH                                    SECTION "S"(2)
SHERIFF'S OFFICE ET AL.

## ORDER

The Court, after considering the complaint, the record, the applicable law, the

Magistrate Judge's Findings and Recommendation, and finding that as of this date

plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation,

hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as

its opinion.

Accordingly, IT IS ORDERED that the claims of Benjamin Rasheed Gillespie are

DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this __9th__ day of _____June_____, 2015.


                                   _____
                                        UNITED STATES DISTRICT JUDGE